B6B (Official Form 6B) (12/07)

In re **Danial Gene Thacker,**
**Tonya LeAnn Carroll**,
Debtors

Case No. **10-00111**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Chase Bank, 164 E. Main Ave., Nampa, Idaho**<br>**Acct. # ****3180** | C | 3,311.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| | | | Sub-Total ><br>(Total of this page) | **3,311.00** |

**2** continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Danial Gene Thacker,**           Case No. __**10-00111**__
      **Tonya LeAnn Carroll**
_____,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

                                                     Sub-Total >     **0.00**
                                                    (Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Danial Gene Thacker,**
    **Tonya LeAnn Carroll**
,
                                      Debtors

Case No. **10-00111**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **3,311.00** |

Sheet **2** of **2** continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**EXHIBIT "A"**

| QTY | DESCRIPTION | VALUE | QTY | DESCRIPTION | VALUE |
|---|---|---|---|---|---|
|  | Armoire |  |  | Lamps |  |
|  | Baby Furniture (crib/ |  |  | Lamps |  |
| 4 | Bedroom Furniture (dressers) | $80.00 | 3 | Large Kitchen Appliances | $300.00 |
| 6 | Bed/Mattresses | $200.00 | var | Lawn Equipment (lawnmower) | $100.00 |
| 5 | Bicycle | $100.00 | var | Linens (bedding, towels, etc..) | $100.00 |
| 1 | Bookshelf | $20.00 | var | Office Furnishings - desk/filing cabinet | $75.00 |
|  | Buffet/Hutch |  |  | Patio Furniture |  |
|  | Camera/Camcorder |  | var | Power Tools | $50.00 |
| var | Camping Gear | $50.00 |  | Rugs |  |
|  | China/Crystal/Fine Silverware, etc.. |  |  | Sewing Machine |  |
|  | Clock |  | var | Small Kitchen Appliances - eg. Blenders can openers, etc… | $50.00 |
| 1 | Coffee Table | $10.00 |  |  |  |
|  | Collectibles - coins; guns; paintings, etc.. |  |  | Stereo Equipment |  |
| 1 | Computer (1 printer) | $100.00 | 1 | Television | $400.00 |
| 2 | Couch/Sofa/Chairs | $20.00 | 1 | Vacuum | $10.00 |
| 1 | Kitchen Table/Chairs | $50.00 |  | Pictures |  |
| var | Dishes - everyday | $10.00 | 2 | Washer/Dryer | $100.00 |
|  | Dishwasher |  |  |  |  |
| 1 | DVD/Blu-ray, etc… | $20.00 |  | **OTHER** |  |
| 1 | End Tables | $5.00 | 1 | BBQ Grill | $50.00 |
| 1 | Entertainment Center | $300.00 |  | Portable Heater |  |
| 1 | Fishing Gear (poles) | $20.00 |  | Fire Pit |  |
| var | Garden Tools | $10.00 |  |  |  |
| var | Hand Tools | $50.00 |  |  |  |
|  | Dining Table/Chairs |  |  | Sub Total | $1,235.00 |
|  | **Sub-Total** | **$1,045.00** |  | **TOTAL** | **$2,280.00** |

B6D (Official Form 6D) (12/07)

In re **Danial Gene Thacker,
Tonya LeAnn Carroll**

Case No. **10-00111**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx000 0** <br><br> **Canyon County Treasurer** <br> **1115 Albany St.** <br> **POB 730** <br> **Caldwell, ID 83606** | | C | **2008** <br><br> **Bill # 2009107861** <br><br><br> Value $     0.00 | | | | 1,176.92 | 1,176.92 |
| Account No. **xxxxx000 0** <br><br> **Canyon County Treasurer** <br> **1115 Albany St.** <br> **POB 730** <br> **Caldwell, ID 83606** | | C | **2009** <br><br> **Property taxes** <br><br><br> Value $     0.00 | | | | 859.72 | 859.72 |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| **0** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 2,036.64 | 2,036.64 |
| | | | Total <br> (Report on Summary of Schedules) | | | | 2,036.64 | 2,036.64 |

# United States Bankruptcy Court
### District of Idaho

In re: **Danial Gene Thacker / Tonya LeAnn Carroll**, Debtor(s)

Case No. **10-00111**
Chapter **13**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 9, 2010**      Signature **/s/ Danial Gene Thacker**
**Danial Gene Thacker**
Debtor

Date **March 9, 2010**      Signature **/s/ Tonya LeAnn Carroll**
**Tonya LeAnn Carroll**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.