Lance E. Olsen ISB #7106
Derrick J. O'Neill, Of Counsel ISB #4021
ROUTH CRABTREE OLSEN, P.S.
300 Main Street, Suite 150
Boise, Idaho 83702
Telephone: (208) 489-3035
Facsimile: (208) 854-3998
lolsen@rcflegal.com
derrick@oneillpllc.com

Attorneys for Creditor BAC Home Loans Servicing, LP

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re:<br><br>Danial Gene Thacker and<br>Tonya LeAnn Carroll,<br><br>Debtors. | Case No. 10-00111-TLM<br><br>Chapter 13 |
|---|---|

**OBJECTION TO CONFIRMATION By BAC Home Loans Servicing, LP**

COMES NOW, BAC Home Loans Servicing, LP ("Creditor") and objects to confirmation of Debtors' proposed Chapter 13 plan. The basis for this objection is that the Plan does not comply with the provisions of Title 11, Chapter 13 of the United States Bankruptcy Code and therefore should not be confirmed by the Court.

Creditor is a secured creditor of the Chapter 13 estate whose security is described as the real property located at 919 S. 19th Street, Nampa, Idaho, 83686 ("Property") and legally described as set forth in the Deed of Trust attached to Creditor's Proof of Claim dated March 16, 2010.

Debtors filed for protection under Chapter 13 of Title 11 of the United States Code on January 18, 2010.

OBJECTION TO CONFIRMATION – P. 1

This Creditor's interest is under the terms of a Deed of Trust. The Debtors' Plan purports to pay a total of $14,850.00 on the pre-petition arrearages. As noted in the Proof of Claim dated March 16, 2010, the pre-petition arrearages due and owing this Creditor are $15,266.07. The Creditor does not believe the Plan is feasible under 11 U.S.C. § 1325(a)(5) as this Creditor does not accept the Plan because the value of the property to be distributed under the Plan is less than the allowed amount of this Creditor's claim. In addition, to the extent Debtors are attempting to modify the rights of this secured Creditor, such an intent is in direct violation of 11 U.S.C. § 1322(b)(2) as this Creditor's security is Debtors' primary residence.

Therefore, Creditor respectfully requests the Court deny the Chapter 13 Plan as proposed.
DATED: March 29, 2010.

ROUTH CRABTREE OLSEN, P.S.

By: _____
Derrick J. O'Neill, Of the Firm
Attorneys for Creditor
BAC Home Loans Servicing, LP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of March, 2010, a true and correct copy of the foregoing document was served via CM/ECF Registered Participants as reflected on the Notice of Electronic Filing to the following:

Robin M. Long
Martelle Law Offices
873 E. State Street
Eagle, ID 83616

Kathleen A. McCallister, Trustee
PO Box 910
Kuna, ID 83634

US Trustee
Washington Group Central Plaza
720 Park Blvd., Suite 220
Boise, ID 83712

Additionally, a copy of the foregoing was served on the following parties by first class mail, postage prepaid, addressed to:

Danial Gene Thacker
Tonya LeAnn Carroll
919 S. 19th Street
Nampa, ID 83686

_____
Derrick J. O'Neill

OBJECTION TO CONFIRMATION – P. 3